U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 14 2017

TONY R. MOORE, CLERK
BY: _____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RASHOD L. JAMES | CIVIL ACTION NO. 1:16-CV-00138 |
| VERSUS | CHIEF JUDGE DRELL |
| K. LACROIX, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the United States' motion to dismiss and motion for summary judgment (Doc. 33) is DENIED as to James's FTCA claim.

IT IS ALSO ORDERED that the United States' motion for summary judgment (Doc. 33) is DENIED IN PART as to LaCroix and Carvajal, on James's Bivens claim for deliberate indifference to his complaints of sexual harassment.

IT IS ALSO ORDERED that the United States' motion for summary judgment (Doc. 33) is GRANTED IN PART as to Carvajal and Dee, on James' Bivens claim for inadequate training.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 14th day of June, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT