RECEIVED
JAN 08 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY:

Rashod L. James     1-2-2018
V
K. Lacroix ET AL    Case # 1:16-CV-00138

Attention Judge Dee D. Drell This is Rashod L. James plaintiff in The Case listed Above on 11-22-2017 I Talked To The Attorney of The F.B.O.P We Settled This Case & I Asked Him on The phone when would I Recive My Funds & was Told 4-6 weeks Now AFter 7 weeks I Have yet To Recive Them & Now The Attorney is Not Responding To My Letters one of The Reasons I Settled is cause He gave Me His word That I'd get Them in That Time Frame I ASK That The court To look in To This & IF The Defence is Not AlReady cut The check & Sent it I want To know Why & OR Whats going on? I At Lest want A Tracking #. Thanks For The courts Time on This Matter

Sincerely
Rashod James #22665-045
USP Big Sandy
PO Box 2068
Inez Ky 41224.   1-2-2018